UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AND AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 2:23-cv-486<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Asus Technology Licensing Inc. ("ATL") and Celerity IP, LLC ("Celerity") hereby disclose that:

ATL is a wholly-owned subsidiary of ASUSTeK Computer Inc.  No other publicly held corporation owns 10% or more of ATL's stock.

Celerity is a wholly-owned subsidiary of Centreville SPV, LLC, which is a wholly-owned subsidiary of funds managed by GLS Capital, LLC.   No publicly held corporation owns 10% or more of Celerity's stock.

DATED:  October 19, 2023

Respectfully submitted,

 /s/ *Robert Christopher Bunt*

Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418

Tyler, Texas 75702
Tel:  (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(*pro hac vice* to be filed)
jsheasby@irell.com
Hong (Annita) Zhong, PhD
California State Bar No. 266924
(*pro hac vice* to be filed)
hzhong@irell.com
Christopher Abernethy
California State Bar No. 275986
(*pro hac vice* to be filed)
cabernethy@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice* to be filed)
trowles@irell.com
Stephen Payne
California State Bar No. 310567
(*pro hac vice* to be filed)
spayne@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:  (310) 277-1010

**ATTORNEYS FOR PLAINTIFFS
ASUS TECHNOLOGY LICENSING INC.
AND CELERITY IP, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on October 19, 2023, a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt