**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AND AT&T SERVICES, INC.,**<br><br>Defendants. | Civil Action No. 2:23-cv-486<br>LEAD CASE FOR<br>2:23-cv-487 & 2:23-cv-488<br><br>**JURY TRIAL** |
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**T-MOBILE USA, INC.,**<br><br>Defendant. | Civil Action No. 2:23-cv-487<br><br>**JURY TRIAL** |
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>Defendant. | Civil Action No. 2:23-cv-488<br><br>**JURY TRIAL** |

| | |
|---|---|
| **INNOVATIVE SONIC LIMITED AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**AT&T CORP.,**<br>**AT&T MOBILITY LLC,**<br>**AT&T MOBILITY II LLC, AND**<br>**AT&T SERVICES, INC.,**<br><br>Defendants. | Civil Action No. 2:23-cv-489<br><br>**JURY TRIAL** |
| **INNOVATIVE SONIC LIMITED AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**T-MOBILE USA, INC.,**<br><br>Defendant. | Civil Action No. 2:23-cv-490<br>LEAD CASE FOR<br>2:23-cv-489 & 2:23-cv-491<br><br>**JURY TRIAL** |
| **INNOVATIVE SONIC LIMITED AND CELERITY IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>Defendant. | Civil Action No. 2:23-cv-491<br><br>**JURY TRIAL** |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO FILE PROPOSED DISCOVERY ORDER, DOCKET CONTROL ORDER, AND PROTECTIVE ORDER**

Before the Court is the parties' Joint Motion To Extend Deadlines To File Proposed Discovery Order, Docket Control Order, and Protective Order. Having considered the motion, the Court hereby finds that it should be and is hereby **GRANTED.**

**IT IS SO ORDERED.**