# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC., T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>    Defendants. | **Civil Action No. 2:23-cv-00486**<br><br>(Lead Case)<br><br>**Civil Action No. 2:23-cv-00487**<br><br>(Member Case)<br><br>**Civil Action No. 2:23-cv-00488**<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| **AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC., T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>**ASUSTEK COMPUTER INC., ASUS TECHNOLOGY LICENSING INC., AND CELERITY IP, LLC,**<br><br>    Counterclaim Defendants. | |
| **INNOVATIVE SONIC LIMITED AND CELERITY IP, LLC,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC., T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>    Defendants. | **Civil Action No. 2:23-CV-490**<br><br>(Lead Case)<br><br>**Civil Action No. 2:23-CV-489**<br><br>(Member Case)<br><br>**Civil Action No. 2:23-CV-491** |

| | |
|---|---|
| **AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES INC., T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>**ASUSTEK COMPUTER INC., INNOVATIVE SONIC LIMITED, AND CELERITY IP, LLC,**<br><br>Counterclaim Defendants. | **(Member Case)**<br><br>**JURY TRIAL DEMANDED** |

# NOTICE WITHDRAWING DEFENDANTS' NOTICE OF INTENT TO REQUEST REDACTION

Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc., T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") hereby give notice that they are withdrawing their Notice of Intent to Request Redaction, filed in this matter on July 1, 2024. *See* Dkt. No. 172.

Dated: July 10, 2024.

Respectfully submitted,

/s/ *Nicholas Mathews*

Nicholas Mathews (Lead Counsel)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@McKoolSmith.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Kevin Hess
Texas State Bar No. 24087717
khess@McKoolSmith.com
Matthew T. Cameron
Texas State Bar No. 24097451
mcameron@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Deron R. Dacus (Counsel for AT&T and Verizon)
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLC**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903-934-9257

**COUNSEL FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 10, 2024.

/s/ *Nicholas Mathews*
Nicholas Mathews