# Exhibit A

# The Parties' Proposed Constructions For Terms In Dispute

### Exhibit A1: '059 Patent
### Exhibit A2: '489 Patent
### Exhibit A3: '559 Patent
### Exhibit A4: '883 Patent

**Exhibit A1: The Parties' Proposed Constructions For Terms In Dispute For The '059 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter"<br><br>'059 Patent, claims 1, 3, 8 | No further construction necessary | "a Sequence Number of a next expected acknowledged Protocol Data Unit (PDU), meaning the SN following an SN of a last in-sequence acknowledged PDU" |
| "a sequence number of a next packet to be transmitted for the first time by the transmitter"<br><br>'059 Patent, claims 1, 3, 8 | No further construction necessary | "a Sequence Number of a next Protocol Data Unit (PDU) to be transmitted for a first time (i.e. excluding retransmitted PDUs)" |
| "status report unit"<br><br>'059 Patent, claims 1, 2, 3, 4, 8 | "a data unit containing status report information" | "a status report comprising at least the sequence number of a PDU" |

**Exhibit A2: The Parties' Proposed Constructions For Terms In Dispute For The '489 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "eNB"<br><br>'489 Patent, claims 1, 3-12, 14-22 | "base station" | "an E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" |
| "RRCConnectionReconfiguration message"<br><br>'489 Patent, claims 2, 3, 11, 13, 14, 22 | No further construction necessary | "RRCConnectionReconfiguration message as defined in 4G/LTE standard specification TS 36.331-940" |
| "mobilityControlInfo"<br><br>'489 Patent, claims 2, 13 | No further construction necessary | "mobilityControlInfo as defined in 4G/LTE standard specification TS 36.331-940" |

**Exhibit A3: The Parties' Proposed Constructions For Terms In Dispute For The '559 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, comprising"<br><br>'559 Patent, claim 1 | Preamble is not limiting.<br><br>No further construction necessary. | Limiting.<br><br>"A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, which is when a UE (User Equipment) is served by both a macro eNB and a small cell eNB, comprising" |
| "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity and a UE (User Equipment) is served by a first cell controlled by a first eNB, comprising"<br><br>'559 Patent, claim 7 | Preamble is not limiting.<br><br>No further construction necessary. | Limiting.<br><br>"A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, which is when a UE (User Equipment) is served by both a macro eNB and a small cell eNB, and the UE is served by a first cell controlled by a first eNB, comprising" |
| "eNBs (evolved Node B)"<br><br>'559 Patent, claims 1, 7 | "base station" | "an E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" |
| "first eNB"<br><br>'559 Patent, claims 1, 3, 7, 11 | No further construction necessary | "macro eNB" |
| "second eNB" | No further construction necessary | "small cell eNB" |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| '559 Patent, claims 1, 7, 8 | | |
| [Order of Operations]<br><br>'559 Patent, claims 1, 7 | No further construction necessary.  There is no order required for the recited method steps. | The steps of claims must be performed in the order listed in the claims. |

**Exhibit A4: The Parties' Proposed Constructions For Terms In Dispute For The '883 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "eNB" and "evolved Node B"<br><br>'883 Patent, claims 1, 2, 4-11 | "base station" | "an E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" |
| "first evolved node B (eNB)" / "first eNB"<br><br>'883 Patent, claims 1, 5, 6, 7, 9, 11 | No further construction necessary | "a first E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" |
| "second evolved Node B (eNB)" / "second eNB"<br><br>'883 Patent, claims 1, 2, 5, 7, 8, 9 | No further construction necessary | "a second E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" |
| "the UE has multiple paths via different eNBs"<br><br>'883 Patent, claims 4, 10 | No further construction necessary.  Not indefinite. | Indefinite. |
| "Secondary Cell" / "SCell"<br><br>'883 Patent, claims 1, 7 | No further construction necessary | "'Secondary Cell' as defined in 4G/LTE standard specification TS 36.331 v11.2.0" |
| "Primary Cell" / "PCell"<br><br>'883 Patent, claims 1, 7 | No further construction necessary | "'Primary Cell' as defined in 4G/LTE standard specification TS 36.331 v11.2.0" |
| "data path for a first radio bearer"<br><br>'883 Patent, claims 1, 4, 3, 7, 9, 10 | No further construction necessary.  Not indefinite. | Indefinite. |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "data path for a third radio bearer"<br><br>'883 Patent, claims 1, 7 | No further construction necessary. Not indefinite. | Indefinite. |
| "data path for a second radio bearer"<br><br>'883 Patent, claims 2, 8 | No further construction necessary. Not indefinite. | Indefinite. |