# Exhibit B

# Plaintiffs' Identification of Intrinsic and Extrinsic Evidence

## Exhibit B1: '059 Patent
## Exhibit B2: '489 Patent
## Exhibit B3: '559 Patent
## Exhibit B4: '883 Patent

**Exhibit B1: Plaintiffs' Identification of Intrinsic and Extrinsic Evidence for the '059 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter"<br><br>'059 Patent, claims 1, 3, 8 | No further construction necessary | '059 Pat., at Abstract; 3:11-20; 4:20-46; 6:2-17; 6:21-31; 6:47-54; and Fig. 1.<br><br>Appl. No. 11/278,546 Prosecution History ("'059 PH"), 2008-01-23: Non-Final Rejection at 4.<br><br>'059 PH, 04-23-2008: Applicant Remarks, at 2-3.<br><br>'059 PH, 06-09-2008: Non-Final Rejection, at 5-6.<br><br>'059 PH, 09-15-2008: Applicant Arguments/Remarks, at 2-3.<br><br>'059 PH, 12-19-2008: Final Rejection, at 5-6.<br><br>'059 PH, 03-18-2009: Applicant Arguments/Remarks, at 5-7.<br><br>'059 PH, 06-05-2009: Non-Final Rejection, 6-7. | |
| "a sequence number of a next packet to be transmitted for the first time by the transmitter"<br><br>'059 Patent, claims 1, 3, 8 | No further construction necessary | '059 Pat., at Abstract; 3:11-20; 4:20-46; 6:2-17; 6:21-31; 6:47-54; and Fig. 1.<br><br>'059 PH, 04-23-2008: Applicant Remarks, at 2-3.<br><br>'059 PH, 06-09-2008: Non-Final Rejection<br><br>'059 PH, 09-15-2008: Applicant Arguments/Remarks, at 3-4. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '059 PH, 12-19-2008: Final Rejection, at 3-4<br><br>'059 PH, 03-18-2009: Applicant Arguments/Remarks, at 6.<br><br>'059 PH, 06-05-2009: Non-Final Rejection, at 3, 5-6. | |
| "status report unit"<br><br>'059 Patent, claims 1, 2, 3, 4, 8 | "a data unit containing status report information" | '059 Pat., at 1:14-19; 1:49-55; 2:4-16; 2:21-25; 2:31-34; 3:7-20; 3:29-31; 4:1-5; 4:18-19; 6:2-17; 6:18-20; 6:21-31; 6:32-33; 6:44-53; and Fig. 1.<br><br>'059 PH, 01-23-2008: Non-Final Rejection, at 2-5.<br><br>'059 PH, 06-09-2008: Non-Final Rejection, at 2-4.<br><br>'059 PH, 09-15-2008: Applicant Arguments/Remarks, at 2-4.<br><br>'059 PH, 12-19-2008: Final Rejection, at 3-4.<br><br>'059 PH, 06-05-2009: Non-Final Rejection, at 3-6.<br><br>'059 PH, 09-03-2009: Applicant Arguments/Remarks, 4-5. | |

**Exhibit B2: Plaintiffs' Identification of Intrinsic and Extrinsic Evidence for the '489 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "eNB"<br><br>'489 Patent, claims 1, 3-12, 14-22 | "base station" | '489 Pat., at Abstract; 2:28-40; 2:41-56; 5:40-50; 6:21-32; 6:33-44; 6:45-53; 6:61-7:4; 7:5-11; 7:15-41; 7:42-65; Figs. 1-3 and 6-7<br><br>Appl. No. 13/282,974 Prosecution History ("'489 PH"), 04-28-2015: Applicant Arguments/Remarks Made in an Amendment, at 6-11.<br><br>'489 PH, 04-28-2015: Applicant Arguments/Remarks Made in an Amendment, at 6-11. | https://www.eit.lth.se/fileadmin/eit/courses/eitn50/Literature/security_eps.pdf;<br><br>https://onlinelibrary.wiley.com/doi/10.1155/2010/273486;<br><br>https://www.ieice.org/~isap/ISAP_Archives/2012/pdf/3A2-1.pdf;<br><br>https://ieeexplore.ieee.org/document/5493762;<br><br>https://www.verizon.com/business/en-au/resources/whitepapers/first-principles-for-securing-5g/;<br><br>https://www.ericsson.com/en/blog/2018/6/detecting-false-base-stations-in-mobile-networks;<br><br>https://www.ericsson.com/en/reports-and-papers/white-papers/security-in-5g-ran-and-core-deployments;<br><br>https://www.ericsson.com/en/blog/2023/10/boosting-5g-new-radio-reliability-the-power-of-cognitive-packet-duplication;<br><br>https://www.artizanetworks.com/resources/tutorials/what_lteenb.html;<br><br>https://aem-stage-publish-cdn.motorolasolutions.com/en_xu/products/lte-broadband-systems/lte-fixed-infrastructure/enodeb.html; |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "RRCConnectionReconfiguration message"<br><br>'489 Patent, claims 2, 3, 11, 13, 14, 22 | No further construction necessary | '489 Pat., at 6:8-10; 6:11-17 ("The RRCConnectionReconfiguration message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, radio resource conficguration (including RBs, MAC main configurations and physical channel configuration) including any associated dedicated NAS information and security configuration."); 6:17-20; 6:45-47; 6:56-59; 6:65-7:4; 7:5-9; 7:30-32; 7:34-41; 7:54-65; Fig. 6; and Fig. 7.<br><br>'489 PH, 01-28-2015: Non-Final Rejection at 4, 6. | |
| "mobilityControlInfo"<br><br>'489 Patent, claims 2, 13 | No further construction necessary | '489 Pat., at 6:8-10; 6:11-20; 7:30-41; 7:50-65; Fig. 6; and Fig. 7.<br><br>'489 PH, 01-28-2015: Non-Final Rejection at 4, 6. | |

**Exhibit B3: Plaintiffs' Identification of Intrinsic and Extrinsic Evidence for the '559 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, comprising"<br><br>'559 Patent, claim 1 | No further construction necessary. Preamble is not limiting. | '559 Pat., at 5:10-30; 6:25-29; Claim 1.<br><br>Appl. No. 14/167,317 ("'559 PH"), 06-01-2015: Applicant Arguments/Remarks Made in an Amendment at 5.<br><br>'559 PH, 08-19-2015: Final Rejection at 3-9.<br><br>'559 PH, 11-18-2015: Applicant Arguments/Remarks Made in an Amendment at 5-7.<br><br>'559 PH, 12-17-2015: Non-Final Rejection at 3-9.<br><br>'559 PH, 03-16-2016: Applicant Arguments/Remarks Made in an Amendment at 5-6.<br><br>'559 PH, 03-29-2016: Final Rejection at 3-9; 10-12.<br><br>'559 PH, 06-16-2016: Non-Final Rejection at 5, 9, 12-13. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '559 PH, 09-13-2016: Applicant Arguments/Remarks Made in an Amendment at 7-8. | |
| "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity and a UE (User Equipment) is served by a first cell controlled by a first eNB, comprising"<br><br>'559 Patent, claim 7 | No further construction necessary. Preamble is not limiting. | '559 Pat., at 5:5-30; 6:18-24; Claim 7.<br><br>'559 PH, 06-01-2015: Applicant Arguments/Remarks Made in an Amendment at 5-6.<br><br>'559 PH, 08-19-2015: Final Rejection at 4-5; 7-9.<br><br>'559 PH, 11-18-2015: Applicant Arguments/Remarks Made in an Amendment at 5-7.<br><br>'559 PH, 12-17-2015: Non-Final Rejection at 4, 7-9.<br><br>'559 PH, 03-16-2016: Applicant Arguments/Remarks Made in an Amendment at 5-6.<br><br>'559 PH, 03-29-2016: Final Rejection at 4, 6-12. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '559 PH, 06-16-2016: Non-Final Rejection at 5, 9, 13.<br><br>'559 PH, 09-13-2016: Applicant Arguments/Remarks Made in an Amendment at 7-9. | |
| "eNBs (evolved Node B)"<br><br>'559 Patent, claims 1, 7 | "base station" | '559 Pat., at Abstract; 1:44-54; 2:31-50; 2:65-3:2 ("An access network (AN) may be a fixed station or base station used for communicating with the terminals and may also be referred to as an access point, a Node B, a base station, an enhanced base station, an eNodeB, or some other terminology"); 6:25-29; 63:30-40; 6:41-49; 6:50-58; 6:59-64; 6:65-7:3; 7:4-17; Fig. 1.<br><br>'559 PH, at 06-01-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8.<br><br>'559 PH, at 11-18-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8. | https://www.eit.lth.se/fileadmin/eit/courses/eitn50/Literature/security_eps.pdf;<br><br>https://onlinelibrary.wiley.com/doi/10.1155/2010/273486;<br><br>https://www.ieice.org/~isap/ISAP_Archives/2012/pdf/3A2-1.pdf;<br><br>https://ieeexplore.ieee.org/document/5493762;<br><br>https://www.verizon.com/business/en-au/resources/whitepapers/first-principles-for-securing-5g/;<br><br>https://www.ericsson.com/en/blog/2018/6/detecting-false-base-stations-in-mobile-networks;<br><br>https://www.ericsson.com/en/reports-and-papers/white-papers/security-in-5g-ran-and-core-deployments;<br><br>https://www.ericsson.com/en/blog/2023/10/boosting-5g-new-radio-reliability-the-power-of-cognitive-packet-duplication;<br><br>https://www.artizanetworks.com/resources/tutorials/what_lteenb.html;<br><br>https://aem-stage-publish-cdn.motorolasolutions.com/en_xu/products/lte-broadband-systems/lte-fixed-infrastructure/enodeb.html; |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '559 PH, at 3-16-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 5-25-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 9-13-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-9. | |
| "first eNB"<br><br>'559 Patent, claims 1, 3, 7, 11 | No further construction necessary | '559 Pat., at Abstract; 1:44-54; 2:31-50; 2:65-3:2; 6:25-29; 63:30-40; 6:41-49; 6:50-58; 6:59-64; 6:65-7:3; 7:4-17; Fig. 1.<br><br>'559 PH, at 06-01-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8.<br><br>'559 PH, at 11-18-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '559 PH, at 3-16-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 5-25-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 9-13-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-9. | |
| "second eNB"<br><br>'559 Patent, claims 1, 7, 8 | No further construction necessary | '559 Pat., at Abstract; 1:44-54; 2:31-50; 2:65-3:2; 6:25-29; 63:30-40; 6:41-49; 6:50-58; 6:59-64; 6:65-7:3; 7:4-17; Fig. 1.<br><br>'559 PH, at 06-01-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8.<br><br>'559 PH, at 11-18-2015: Applicant Arguments/Remarks Made in an Amendment, at 5-8. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '559 PH, at 3-16-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 5-25-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-6.<br><br>'559 PH, at 9-13-2016: Applicant Arguments/Remarks Made in an Amendment, at 5-9. | |
| [Order of Operations]<br><br>'559 Patent, claims 1, 7 | No further construction necessary. There is no order required for the recited method steps. | '559 Pat., at Claims 1, 7. | |

**Exhibit B4: Plaintiffs' Identification of Intrinsic and Extrinsic Evidence for the '883 Patent**

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "eNB" and "evolved Node B"<br><br>'883 Patent, claims 1, 2, 4-11 | "base station" | '883 Pat., at Abstract; 2:65-3:17; 3:31-36 ("An access network (AN) may be a fixed station or base station used for communicating with the terminals and may also be referred to as an access point, a Node B, a base station, an enhanced base station, an eNB, or some other terminology"); 4:49-5:2; 5:39-51; 5:59-6:7 ; 6:20-7:56; 7:57-8:5; 8:6-22; 9:9-22; Fig. 1.<br><br>Appl. No. 14/167,405 Prosecution History ("'883 PH"), 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | https://www.eit.lth.se/fileadmin/eit/courses/eitn50/Literature/security_eps.pdf;<br><br>https://onlinelibrary.wiley.com/doi/10.1155/2010/273486;<br><br>https://www.ieice.org/~isap/ISAP_Archives/2012/pdf/3A2-1.pdf;<br><br>https://ieeexplore.ieee.org/document/5493762;<br><br>https://www.verizon.com/business/en-au/resources/whitepapers/first-principles-for-securing-5g/;<br><br>https://www.ericsson.com/en/blog/2018/6/detecting-false-base-stations-in-mobile-networks;<br><br>https://www.ericsson.com/en/reports-and-papers/white-papers/security-in-5g-ran-and-core-deployments;<br><br>https://www.ericsson.com/en/blog/2023/10/boosting-5g-new-radio-reliability-the-power-of-cognitive-packet-duplication;<br><br>https://www.artizanetworks.com/resources/tutorials/what_lteenb.html;<br><br>https://aem-stage-publish-cdn.motorolasolutions.com/en_xu/products/lte-broadband-systems/lte-fixed-infrastructure/enodeb.html; |
| "first evolved node B (eNB)" / "first eNB" | No further construction necessary | '883 Pat., at Abstract; 2:65-3:17; 3:31-36; 4:49-5:2; 5:39-51; 5:59-6:7 ; 6:20-7:56; 7:57-8:5; 8:6-22; 9:9-22; Fig. 1. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| '883 Patent, claims 1, 5, 6, 7, 9, 11 | | '883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |
| "second evolved Node B (eNB)" / "second eNB"<br><br>'883 Patent, claims 1, 2, 5, 7, 8, 9 | No further construction necessary | '883 Pat., at Abstract; 2:65-3:17; 3:31-36; 4:49-5:2; 5:39-51; 5:59-6:7 ; 6:20-7:56; 7:57-8:5; 8:6-22; 9:9-22; Fig. 1.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |
| "the UE has multiple paths via different eNBs"<br><br>'883 Patent, claims 4, 10 | No further construction necessary. Not indefinite. | '883 Pat., at Abstract; 1:53-2:14; 2:65-3:17; 3:31-36; 4:49-5:2; 5:39-51; 5:59-6:7; 6:8-19; 6:20-7:56; 7:57-8:5; 8:6-22; 8:28-58; 8:59-64; 8:65-9:22; 9:36-64; Figs. 1, 6. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '883 PH, 01-07-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-11.<br><br>'883 PH, 02-03-2016: Applicant Arguments/Remarks Made in an Amendment, at 9-12.<br><br>'883 PH, 07-05-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-9.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |
| "Secondary Cell" / "SCell"<br><br>'883 Patent, claims 1, 7 | No further construction necessary | '883 Pat., at Abstract; 1:46-52; 5:59-67 ("the SCell could be a small cell"); 6:1-7; 6:20-7:5; 7:6-17; 7:33-40; 7:41-56; 7:57-8:5; 8:6-22; 9:9-22; 9:23-35; Fig. 3; and Fig. 6 | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '883 PH, 10-17-2014: Foreign Reference at 1:12-15; 1:41-50; 2:12-14; 6:55-7:7; 7:16-56; 7:57-8:28; 8:29-8:35; 8:39-9:8; 9:9-39; Fig. 6; and Fig. 7.<br><br>'883 PH, 07-01-2015: Requirement for Restriction/Election at 3.<br><br>'883 PH, 10-07-2015: Non-Final Rejection 5, 10.<br><br>'883 PH, 01-07-2016: Applicant Arguments/Remarks at 9.<br><br>'883 PH, 02-03-2016: Applicant Arguments/Remarks at 10.<br><br>'883 PH, 04-06-2016: Final Rejection 4, 9, 11.<br><br>'883 PH, 07-27-2016: Non-Final Rejection at 4, 9, 10.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks at 8-9. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | '883 PH, 10-31-2016: Applicant Arguments/Remarks at 8-9 | |
| "Primary Cell" / "PCell"<br><br>'883 Patent, claims 1, 7 | No further construction necessary | '883 Pat., at Abstract; 1:46-52; 5:59-67 ("The PCell could be a macro cell"); 6:1-3; 6:21-23 ("A kind of CA preparation request could be used by a first eNB controlling PCell (such as a macro cell) of a UE to request the aggregation of SCell"); 6:53-55; 6:61-65; 7:6-9; 7:6-17; 7:60-8:2; 8:6-12; 9:9-13; 9:28-32.<br><br>'883 PH, 10-17-2014: Foreign Reference at 6:48-55; 7:1-7; 7:16-43.<br><br>'883 PH, 10-07-2015: Non-Final Rejection at 5, 10.<br><br>'883 PH, 04-06-2016: Final Rejection at 6, 11.<br><br>'883 PH, 07-27-2016: Non-Final Rejection at 6, 10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks at 8. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "data path for a first radio bearer"<br><br>'883 Patent, claims 1, 4, 3, 7, 9, 10 | No further construction necessary. Not indefinite. | '883 Pat., at Abstract; 1:53-2:14; 6:8-19; 6:37-49; 6:56-7:5; 7:17-32; 7:40-56; 8:28-58; 8:59-64; 8:65-9:22; 9:36-64; Figs. 1, 6.<br><br>'883 PH, 01-07-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-11.<br><br>'883 PH, 02-03-2016: Applicant Arguments/Remarks Made in an Amendment, at 9-12.<br><br>'883 PH, 07-05-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-9.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "data path for a third radio bearer"<br><br>'883 Patent, claims 1, 7 | No further construction necessary.  Not indefinite. | '883 Pat., at Abstract; 1:53-2:14; 6:8-19; 6:37-49; 6:56-7:5; 7:17-32; 7:40-56; 8:28-58; 8:59-64; 8:65-9:22; 9:36-64; Figs. 1, 6.<br><br>'883 PH, 01-07-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-11.<br><br>'883 PH, 02-03-2016: Applicant Arguments/Remarks Made in an Amendment, at 9-12.<br><br>'883 PH, 07-05-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-9.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |

| Term (Patent/Claim) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic Evidence | Plaintiffs' Identification of Extrinsic Evidence |
|---|---|---|---|
| "data path for a second radio bearer"<br><br>'883 Patent, claims 2, 8 | No further construction necessary. Not indefinite. | '883 Pat., at Abstract; 1:53-2:14; 6:8-19; 6:37-49; 6:56-7:5; 7:17-32; 7:40-56; 8:28-58; 8:59-64; 8:65-9:22; 9:36-64; Figs. 1, 6.<br><br>'883 PH, 01-07-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-11.<br><br>'883 PH, 02-03-2016: Applicant Arguments/Remarks Made in an Amendment, at 9-12.<br><br>'883 PH, 07-05-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-9.<br><br>'883 PH, 10-24-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10.<br><br>'883 PH, 10-31-2016: Applicant Arguments/Remarks Made in an Amendment, at 8-10. | |