# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP.,<br>AT&T MOBILITY LLC,<br>AT&T MOBILITY II LLC,<br>AT&T SERVICES, INC.,<br>T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>Defendants,<br><br>ERICSSON INC.,<br><br>Intervenor,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>Intervenor. | Civil Action No. 2:23-CV-486<br><br>(Lead Case)<br><br>Civil Action No. 2:23-CV-487<br><br>(Member Case)<br><br>Civil Action No. 2:23-CV-488<br><br>(Member Case)<br><br><br><br>**JURY TRIAL DEMANDED** |
| AT&T CORP.,<br>AT&T MOBILITY LLC,<br>AT&T MOBILITY II LLC,<br>AT&T SERVICES, INC.,<br>T-MOBILE USA, INC.,<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AND ERICSSON INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS TECHNOLOGY LICENSING INC., AND CELERITY IP, LLC,<br><br>Counterclaim Defendants,<br><br><u>ERICSSON INC.,</u> | Civil Action No. 2:23-CV-486<br><br>(Lead Case)<br><br>Civil Action No. 2:23-CV-487<br><br>(Member Case)<br><br>Civil Action No. 2:23-CV-488<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| Intervenor, <br><br> **NOKIA OF AMERICA CORPORATION,** <br><br> Intervenor. | |
| **INNOVATIVE SONIC LIMITED AND CELERITY IP, LLC,** <br><br> Plaintiffs, <br><br> v. <br><br> **T-MOBILE USA, INC., AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,** <br><br> Defendants, <br><br> **ERICSSON INC.,** <br><br> Intervenor, <br><br> **NOKIA OF AMERICA CORPORATION,** <br><br> Intervenor. | Civil Action No. 2:23-CV-490 <br><br> (Lead Case) <br><br> Civil Action No. 2:23-CV-489 <br><br> (Member Case) <br><br> Civil Action No. 2:23-CV-491 <br><br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |
| **T-MOBILE USA, INC., AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AND ERICSSON INC.,** <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> **ASUSTEK COMPUTER INC., INNOVATIVE SONIC LIMITED, AND CELERITY IP, LLC,** | Civil Action No. 2:23-CV-490 <br><br> (Lead Case) <br><br> Civil Action No. 2:23-CV-489 <br><br> (Member Case) <br><br> Civil Action No. 2:23-CV-491 <br><br> (Member Case) |

|  |  |
|---|---|
| Counterclaim Defendants, | JURY TRIAL DEMANDED |
| **ERICSSON INC.,** | |
| Intervenor, | |
| **NOKIA OF AMERICA CORPORATION,** | |
| Intervenor. | |

**DEFENDANTS' INSERTS FOR THE JOINT CLAIM
CONSTRUCTION AND PREHEARING STATEMENT**

**U.S. Patent No. 7,664,059**

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter" | 1 | "a Sequence Number of a next expected acknowledged Protocol Data Unit (PDU), meaning the SN following an SN of a last in-sequence acknowledged PDU." | 1:63-67, 2:1-25, 2:39-43, 2:63-3:1, 3:11-20, 4:20-25, 4:31-56, 4:66-5:11, 5:22-35, 6:1-17, 6:21-31, 6:44-53; '059 Patent FH, 09-03-2009 Reply to Office Action; '059 Patent FH, 01-23-2008 Office Action, 04-23-2008 Reply to Office Action, 06-09-2008 Office Action, 09-15-2008 Request for Reconsideration, 12-19-2008 Office Action, 03-18-2009 Amendment/Reply to Office Action, 06-05-2009 Office Action, 09-03-2009 Amendment/Reply to Office Action | TS 25.322 v.63.0; TS 25.322 v6.2.0; TS 25.322 v15.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |
| 2. | "a sequence number of a next packet to be transmitted for the first time by the transmitter" | 1 | "a Sequence Number of a next Protocol Data Unit (PDU) to be transmitted for a first time (i.e. excluding retransmitted PDUs)." | 1:58-62, 2:1-25, 2:39-43, 2:63-3:1, 3:11-20, 4:20-25, 4:31-56, 4:66-5:11, 5:22-35, 6:1-17, 6:21-31, 6:44-53; '059 Patent FH, 01-23-2008 Office Action, 04-23-2008 Reply to Office Action, 06-09-2008 Office Action, 09-15-2008 Request for Reconsideration, 12-19-2008 Office Action, 03-18-2009 Amendment/Reply to Office Action, 06-05-2009 Office Action, | TS 25.322 v6.3.0; TS 25.322 v6.2.0; TS 25.322 v15.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | 09-03-2009 Amendment/Reply to Office Action | |
| 3. | "status report unit" | 1-4, 8 | "A status report comprising at least the sequence number of a PDU." | 1:56-67, 2:4-10, 2:17-25, 2:39-51, 2:63-3:1, 3:32-67, 4:47-56, 4:66-5:35, 5:42-50; FIG. 2, FIG. 3; '059 Patent FH, 01-23-2008 Office Action, 04-23-2008 Reply to Office Action, 06-09-2008 Office Action, 09-15-2008 Request for Reconsideration, 12-19-2008 Office Action, 03-18-2009 Amendment/Reply to Office Action, 06-05-2009 Office Action, 09-03-2009 Amendment/Reply to Office Action | TS 25.322 v6.3.0; TS 25.322 v6.2.0; TS 25.322 v15.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |

**U.S. Patent No. 9,237,489**

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "eNB" | 1, 3-12, 14-22 | "an E-UTRAN base station providing 4G/LTE | 1:30-40, 1:43-51, 1:56-63, 2:1-6, 2:21-56, 3:18-22, 4:41-5:10, 5:40-67, 6:21-53, 6:61-7:11, 7:16-8:2, 9:1-11:5, FIGs. 1-3, 5-7; '489 | TS 36.300 v9.5.0; TS 36.300 v9.4.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement |

2

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | cellular connectivity to the UE" | Patent FH, 01-28-2015 Office Action, 04-28-2015 Amendment/Reply to Office Action | Contentions; Declaration of Dr. Christopher Hansen. "The Evolved Packet Core," 3GPP, https://web.archive.org/web/20131118045921/http://3gpp.org/technologies/keywords-acronyms/100- the-evolved-packet-core |
| 2. | "RRCConnectionReconfiguration message" | 2, 3, 11, 13, 14, 22 | "RRCConnectionReconfiguration message as defined in 4G/LTE standard specification TS 36.331-940" | 1:30-40, 1:43-51, 1:56-63, 2:1-6, 2:21-56, 3:18-22, 4:41-5:10, 5:40-67, 6:8-7:11, 7:16-8:2, 9:1-11:5, FIGs. 1-3, 5-7; '489 Patent FH, 01-28-2015 Office Action, 04-28-2015 Amendment/Reply to Office Action | TS 36.331 v9.4.0; TS 36.331 v9.3.0; R2-105971; R2-105811; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |
| 3. | "mobilityControlInfo" | 2, 13 | "mobilityControlInfo as defined in 4G/LTE standard specification TS 36.331-940" | 1:30-40, 1:43-51, 1:56-63, 2:1-6, 2:21-56, 3:18-22, 4:41-5:10, 5:40-67, 6:8-7:11, 7:16-8:2, 9:1-11:5, FIGs. 1-3, 5-7; '489 Patent FH, 01-28-2015 Office Action, 04-28-2015 Amendment/Reply to Office Action | TS 36.331 v9.4.0; TS 36.331 v9.3.0; R2-105971; R2-105811; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |

**U.S. Patent No. 9,560,559**

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, comprising" | 1 | Limiting.<br><br>"A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, which is when a UE (User Equipment) is served by both a macro eNB and a small cell eNB, comprising" | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final Rejection, 6/16/2016, Non-Final Rejection, 9/13/2016, Response to Non-Final Rejection | TS 36.321 v11.1.0; TS 36.331 v11.2.0; TR 36.932 v12.0.0; RP-122033; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>File History of European Patent EP2765798. |
| 2. | "A method for supporting dual | 7 | Limiting. | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; | TS 36.321 v11.1.0; TS 36.331 v11.2.0; TR 36.932 v12.0.0; RP- |

4

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity and a UE (User Equipment) is served by a first cell controlled by a first eNB, comprising" | | "A method for supporting dual connectivity in a wireless communication system, wherein separate eNBs (evolved Node B) are used to support dual connectivity, which is when a UE (User Equipment) is served by both a macro eNB and a small cell eNB, and the UE is served by a first cell controlled by a first eNB, comprising" | '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final Rejection, 6/16/2016, Non-Final Rejection, 9/13/2016, Response to Non-Final Rejection | 122033; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>File History of European Patent EP2765798. |

5

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 3. | "eNB" / "evolved Node B" | 1, 3, 7, 8, 11 | "an E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final Rejection, 6/16/2016, Non-Final Rejection, 9/13/2016, Response to Non-Final Rejection | TS 36.321 v11.1.0; TS 36.331 v11.2.0; TR 36.932 v12.0.0; TS 36.300 v 10.9.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |
| 4. | "first eNB" | 1, 3, 7, 11 | "macro eNB" | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final Rejection, 6/16/2016, Non-Final | TS 36.321 v11.1.0; TS 36.331 v11.2.0; TR 36.932 v12.0.0; TS 36.300 v 10.9.0; RP-122033; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>File History of European Patent EP2765798. |

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | Rejection, 9/13/2016, Response to Non-Final Rejection | |
| 5. | "second eNB" | 1, 7, 8 | "small cell eNB" | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final Rejection, 6/16/2016, Non-Final Rejection, 9/13/2016, Response to Non-Final Rejection | TS 36.321 v11.1.0; TS 36.331 v11.2.0; TR 36.932 v12.0.0; TS 36.300 v 10.9.0; RP-122033; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>File History of European Patent EP2765798. |
| 6. | [Order of Operations] | 1, 7 | The steps of claims must be performed in the order listed in the claims. | 1:23-40, 1:44-54, 2:6-30, 5:44-6:17, 6:18-49, 6:50-7:3, Fig. 5; '559 FH, 1/29/2014, Claims, 3/2/2015, Non-Final Rejection, 6/1/2015, Response to Non-Final Rejection, 8/19/2015, Final Rejection, 11/18/2015, Response to Final Rejection, 12/17/2015, Non-Final Rejection, 3/16/2016, Response to Non-Final Rejection, 3/29/2016, Final Rejection, 5/25/2015, Response to Final | Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |

7

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | Rejection, 6/16/2016, Non-Final Rejection, 9/13/2016, Response to Non-Final Rejection | |

## U.S. Patent No. 9,736,883

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "[first/second] evolved node B (eNB)" | 1, 2, 4-11 | "a [first/second] E-UTRAN base station providing 4G/LTE cellular connectivity to the UE" | 1:25-43, 1:46-2:13, 2:35-64, 3:32:45, 5:13-67, 6:1-7, 6:8-7:40, 7:41-9:22, 9:49-64, Figs 5, 6; '883 FH 1/29/2014, Claims, 7/1/2015, Election/Restriction Requirement, 8/31/2015, Response to Election/Restriction, 10/7/2015, Non-Final Rejection, 2/3/2016, Response to Non-Final Rejection, 4/6/2016, Final Rejection, 7/5/2016, Response to Final Rejection, 7/27/2016, Non-Final Rejection, 10/31/2016, Response to Non-Final Rejection | TR 36.932 v12.0.0; TS 36.300 v11.4.0; TS 36.331 v11.2.0; TS 36.423 v11.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |
| 2. | Primary Cell"/"PCell" | 1, 7 | "'Primary Cell' as defined in 4G/LTE standard | 1:25-43, 1:46-2:13, 2:35-64, 3:32:45, 5:13-67, 6:1-7, 6:8-7:40, 7:41-9:22, 9:49-64, Figs 5, 6; '883 FH 1/29/2014, Claims, 7/1/2015, Election/Restriction Requirement, | TR 36.932 v12.0.0; TS 36.300 v11.4.0; TS 36.331 v11.2.0; TS 36.423 v11.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; |

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | specification TS 36.331 v11.2.0" | 8/31/2015, Response to Election/Restriction, 10/7/2015, Non-Final Rejection, 2/3/2016, Response to Non-Final Rejection, 4/6/2016, Final Rejection, 7/5/2016, Response to Final Rejection, 7/27/2016, Non-Final Rejection, 10/31/2016, Response to Non-Final Rejection | Declaration of Dr. Christopher Hansen. |
| 3. | "Secondary Cell"/"SCell" | 1, 7 | "'Secondary Cell' as defined in 4G/LTE standard specification TS 36.331 v11.2.0" | 1:25-43, 1:46-2:13, 2:35-64, 3:32:45, 5:13-67, 6:1-7, 6:8-7:40, 7:41-9:22, 9:49-64, Figs 5, 6; '883 FH 1/29/2014, Claims, 7/1/2015, Election/Restriction Requirement, 8/31/2015, Response to Election/Restriction, 10/7/2015, Non-Final Rejection, 2/3/2016, Response to Non-Final Rejection, 4/6/2016, Final Rejection, 7/5/2016, Response to Final Rejection, 7/27/2016, Non-Final Rejection, 10/31/2016, Response to Non-Final Rejection | TR 36.932 v12.0.0; TS 36.300 v11.4.0; TS 36.331 v11.2.0; TS 36.423 v11.3.0; Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |
| 4. | "the UE has multiple paths via different eNBs" | 4, 10 | Indefinite. | 1:25-43, 1:46-2:13, 2:35-64, 3:32:45, 5:13-67, 6:1-7, 6:8-7:40, 7:41-9:22, 9:49-64, Figs 5, 6; '883 FH 1/29/2014, Claims, 7/1/2015, Election/Restriction Requirement, 8/31/2015, Response to | Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |

9

| Term # | Claim Term | Claim(s) | Preliminary Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | Election/Restriction, 10/7/2015, Non-Final Rejection, 2/3/2016, Response to Non-Final Rejection, 4/6/2016, Final Rejection, 7/5/2016, Response to Final Rejection, 7/27/2016, Non-Final Rejection, 10/31/2016, Response to Non-Final Rejection | |
| 5. | "data path for a first radio bearer"/"data path for a second radio bearer"/"data path for a third radio bearer" | 1-4, 7-10 | Indefinite. | 1:25-43, 1:46-2:13, 2:35-64, 3:32:45, 5:13-67, 6:1-7, 6:8-7:40, 7:41-9:22, 9:49-64, Figs 5, 6; '883 FH 1/29/2014, Claims, 7/1/2015, Election/Restriction Requirement, 8/31/2015, Response to Election/Restriction, 10/7/2015, Non-Final Rejection, 2/3/2016, Response to Non-Final Rejection, 4/6/2016, Final Rejection, 7/5/2016, Response to Final Rejection, 7/27/2016, Non-Final Rejection, 10/31/2016, Response to Non-Final Rejection | Plaintiffs' P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions; Declaration of Dr. Christopher Hansen. |

Dated: October 30, 2024

Respectfully submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews (Lead Counsel for AT&T and Verizon)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Warren Lipschitz (Lead Counsel for T-Mobile)
Texas State Bar No. 24078867
wlipschitz@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Kevin Hess
Texas State Bar No. 24087717
khess@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752
Telecopier: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701

Telephone: (903)705-1117
Facsimile: (903) 581-2543

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLC**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**COUNSEL FOR AT&T CORP.,**
**AT&T MOBILITY LLC,**
**AT&T MOBILITY II LLC,**
**AT&T SERVICES, INC., T-MOBILE**
**USA, INC., AND CELLCO**
**PARTNERSHIP D/B/A VERIZON**
**WIRELESS, ERICSSON INC. AND**
**NOKIA OF AMERICA CORPORATION**

12

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the electronic mail on October 30, 2024.

/s/ *Nicholas Mathews*
Nicholas Mathews
