# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § | CASE NO. 2:23-CV-00486-JRG-RSP <br> (LEAD CASE) |
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> *Defendant*. | § § § § § § § § § § § § § | CASE NO. 2:23-CV-00487-JRG-RSP <br> (MEMBER CASE) |
| ASUS TECHNOLOGY LICENSING INC. and CELERITY IP, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> *Defendant*. | § § § § § § § § § § § § § | CASE NO. 2:23-CV-00488-JRG-RSP <br> (MEMBER CASE) |

| | | |
|---|---|---|
| INNOVATIVE SONIC LIMITED and CELERITY IP, LLC, <br><br>*Plaintiffs,* <br><br> v. <br><br> AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., <br><br> *Defendants.* | § § § § § § § § § § § § § § | CASE NO. 2:23-CV-00489-JRG <br> (MEMBER CASE) |
| INNOVATIVE SONIC LIMITED and CELERITY IP, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> *Defendant.* | § § § § § § § § § § § § | CASE NO. 2:23-CV-00490-JRG <br> (MEMBER CASE) |
| INNOVATIVE SONIC LIMITED and CELERITY IP, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> *Defendant.* | § § § § § § § § § § § § § | CASE NO. 2:23-CV-00491-JRG <br> (MEMBER CASE) |

## **ORDER**

Before the Court is the Claim Construction Memorandum Opinion and Order ("Order") of Magistrate Judge Payne dated April 21, 2025 (Dkt. No. 428). Defendants have filed Objections to the Order (Dkt. No. 437). Plaintiffs have also filed Objections (Dkt. No. 439.)

After considering the reasoning provided in the Order, the underlying claim construction briefing, and Plaintiffs' and Defendants' Objections, the Court agrees with the conclusions reached

2

within the Order and finds Plaintiffs' and Defendants' arguments within their Objections unpersuasive. Accordingly, the Court **OVERRULES** Plaintiffs' and Defendants' Objections and **ADOPTS** Magistrate Judge Payne's Order.

**So ORDERED and SIGNED this 15th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE