IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC., et al, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 2:23-CV-00486-JRG-RSP (Lead Case) |
| AT&T CORP., et al, | § § § | |
| Defendants. | § | |

## ORDER

The Court issues this Order *sua sponte*. On June 27, 2025, the Parties filed three discovery-related motions. Dkt. Nos. 510, 512, 513. The Court has scheduled a hearing on July 7, 2025, to hear arguments regarding previously filed discovery motions. The Court finds that it would be most efficient to hear argument regarding these Motions at that hearing as well and thus sets Dkt. Nos. 510, 512 and 513 for hearing on July 7, 2025.

Therefore, it is **ORDERED** that Defendants' deadline to file a response to Plaintiffs' Motions, (Dkt. Nos. 512, 513), is expedited to Saturday, **July 5, 2025**. And Plaintiffs' deadline to file a response to Defendants' Motion (Dkt. No. 510) is also expedited to **July 5, 2025**.

It is **FURTHER ORDERED** that the Parties are to meet and confer in an effort to narrow or resolve the disputes before the Court prior to the hearing.

**SIGNED this 1st day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE