# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **AT&T CORP.**, <br> **AT&T MOBILITY LLC**, <br> **AT&T MOBILITY II LLC, AND** <br> **AT&T SERVICES, INC.**, <br><br> Defendants. <br><br> **ERICSSON INC.**, <br> **NOKIA CORPORATION OF AMERICA,** <br><br> Intervenors. | Civil Action No. 2:23-cv-486 <br> LEAD CASE <br><br> **JURY TRIAL** |

## PLAINTIFFS' NOTICE REGARDING EXPERT ILLNESS

Plaintiffs submit this notice updating the Court regarding Plaintiffs' positions on trial structure and consolidation for Case Nos. 2:23-cv-486; 2:23-cv-487; 2:23-cv-488; 2:23-cv-489; 2:23-cv-490; 2:23-cv-491; and 2:23-cv-721, previously set forth in the parties' November 7, 2025 Joint Notice. *See* Dkt. 826 (Joint Notice).

Plaintiffs were informed yesterday that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ he is not available to either prepare for or testify on the currently scheduled trial date of December 8, 2025. *See id.* Plaintiffs are seeking to retain a replacement expert as soon as possible.

Dated: November 13, 2025

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(pro hac vice)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(pro hac vice)
rcarson@irell.com
Tony Rowles
California State Bar No. 301209
(pro hac vice)
trowles@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & McGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR PLAINTIFFS ASUS TECHNOLOGY LICENSING INC., INNOVATIVE SONIC LIMITED, AND CELERITY IP, LLC**

FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on November 13, 2025.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
