# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING *and* CELERITY IP, LLC, § § § *Plaintiffs*, § § v. § AT&T CORP., AT&T MOBILITY LLC, § AT&T MOBILITY II LLC, *and* AT&T § SERVICES INC., § § *Defendants*. § | CASE NO. 2:23-CV-00486-JRG-RSP (Lead Case) |

## ORDER

Before the Court are two of Plaintiffs' related motions: a Motion to Enter New Expert, **Dkt. No. 833**, and a Motion for Expedited Briefing, **Dkt. No. 834**. Plaintiff has since filed a Stipulation, Dkt. No. 843, declaring that those Motions are moot in view of agreements made with Defendants. Accordingly, the Court finds that both Motions should be and hereby are **DENIED** as moot.

**SIGNED this 4th day of December, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1