# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ASUS TECHNOLOGY LICENSING INC., ET AL.,**<br><br>      **Plaintiffs,**<br><br>  vs.<br><br>**AT&T INC., ET AL,**<br><br>      **Defendants,**<br><br>**ERICSSON INC., AND NOKIA OF AMERICA CORPORATION,**<br><br>      **Intervenors.** | **Civil Action No. 2:23-CV-00486**<br><br>**(Lead Case)**<br><br>**Civil Action No. 2:23-CV-00487**<br><br>**(Member Case)**<br><br>**Civil Action No. 2:23-CV-00488**<br><br>**(Member Case)**<br><br>**Civil Action No. 2:23-CV-490**<br><br>**(Lead Case)**<br><br>**Civil Action No. 2:23-CV-489**<br><br>**(Member Case)**<br><br>**Civil Action No. 2:23-CV-491**<br><br>**(Member Case)**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING EXPERT SUBSTITUTION

**WHEREAS** on November 13, 2025, Plaintiffs filed a notice indicating that their expert Dr. Martin Feuerstein is ill and will not be available to testify at trial in this case;

**WHEREAS** on November 18, 2025, Plaintiffs disclosed Dr. William Henry Mangione-Smith as a replacement for Dr. Feuerstein;

**WHEREAS** on November 21, 2025, Plaintiffs indicated via email that they do not intend to serve a supplemental report by Dr. Mangione-Smith and agree to make Dr. Mangione-Smith available for deposition;

**NOW THEREFORE**, Plaintiffs and Defendants hereby stipulate, by and through their respective counsel, as follows:

1. Plaintiffs will make Dr. Mangione-Smith available for a deposition not less than 7 hours on the record;

2. Dr. Mangione-Smith has adopted the opinions disclosed in Dr. Feuerstein's expert reports;

3. Dr. Mangione-Smith will not offer additional or different opinions beyond the scope of Dr. Feuerstein's reports;

4. Dr. Mangione-Smith will not use the deposition to introduce additional opinions beyond those disclosed in the reports; and

5. Any motions to strike filed with respect to Dr. Feuerstein's opinions apply equally to Dr. Mangione-Smith's opinions. For the avoidance of doubt, to the extent the Court strikes any of Dr. Feuerstein's opinions, Dr. Mangione-Smith will not testify to any such opinions.

Dated: February 2, 2026

/s/ Nicholas Mathews
Nicholas Mathews (Lead Counsel)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@McKoolSmith.com
Eric Hansen
TX State Bar No. 24062763
ehansen@mckoolsmith.com
Erik Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
Jonathan Powers
Texas State Bar No. 24098277
jpowers@mckool.smtih.com
Alex Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
Joseph Michelli
Texas State Bar No. 24107546
jmichelli@mckoolsmith.com
Samuel L. Moore
TX State Bar No. 24132421
smoore@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@McKoolSmith.com
Matthew Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752
Telecopier: (512) 692-8744

Eliza Beeney

Respectfully submitted,

/s/ Jason Sheasby
Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(pro hac vice)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(pro hac vice)
rcarson@irell.com
Tony Rowles
California State Bar No. 301209
(pro hac vice)
trowles@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & McGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR PLAINTIFFS ASUS TECHNOLOGY LICENSING INC., INNOVATIVE SONIC LIMITED, AND CELERITY IP, LLC**

2

New York State Bar No. 5518972
ebeeney@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212-402-9400

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**COUNSEL FOR AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.**

3

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 2, 2026.

/s/ *Jason Sheasby*
Jason Sheasby

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rules CV-7(h) and (i), counsel for Plaintiffs and Defendants conferred regarding this stipulation and the stipulation is agreed and being filed jointly.

/s/ *Jason Sheasby*
Jason Sheasby