**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING *and* CELERITY IP, LLC, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CASE NO. 2:23-CV-00486-JRG-RSP |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, *and* AT&T SERVICES INC., | § § § § | (Lead Case) |
| *Defendants*. | § § § | |

## ORDER

The Parties previously filed a Joint Notice of Mediation, Dkt. No. 438, in which they indicated that they were unable to resolve their dispute in a mediation on April 2, 2025. *Id.* at 4. Given the stage which this case is entering, it is hereby

**ORDERED** that Hon. David Folsom, Folsom ADR PLLC, 6002 Summerfield Drive, Texarkana, Texas 75503, telephone number 903-277-7303, and email david@folsomadr.com, is appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate an appropriate date for the mediation in view of the soon to be announced trial date. Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. Without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's

Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at https://www.txed.uscourts.gov/?q=judge/district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**SIGNED this 24th day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE