IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ASUS TECHNOLOGY LICENSING *and*
CELERITY IP, LLC,

    *Plaintiffs*,

v.

AT&T CORP., AT&T MOBILITY LLC,
AT&T MOBILITY II LLC, *and* AT&T
SERVICES INC.,

    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§

CASE NO. 2:23-CV-00486-JRG-RSP
(Lead Case)

## ORDER

The Court previously ordered that the Parties submit their respective positions regarding trial structure and consolidation for Case Nos. 2:23-CV-486, 2:23-CV-487, 2:23-CV-488, 2:23-CV-489, 2:23-CV-490, and 2:23-CV-491[1], and the Parties complied. Dkt. No. 826. Defendants consented to one consolidated trial of the pending claims in the six consolidated cases in Case No. 2:23-CV-486 "provided that the Court specially set the consolidated trial for two full weeks." *Id.* at 7.

Under 35 U.S.C. § 299(c), defendants "may waive" their right not to "have their actions consolidated for trial." That election lies solely with Defendants here. However, the Court has discretion to otherwise determine the duration and structure of the trial. The Court will do so after Defendants have made their election under Section 299, taking into full consideration the scope of the asserted claims and the positions of the Parties. Accordingly, it is hereby

---

[1] To be clear, 2:24-721 is not included unless specifically provided.

1

**ORDERED** that the Defendants and Intervenors make a final election in a joint notice (including the position of Plaintiffs) within fourteen (14) days of this Order, whether they consent to a consolidated trial of the six cases consolidated with 2:23-CV-486.

**SIGNED this 24th day of April, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2