**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING *and* CELERITY IP, LLC, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CASE NO. 2:23-cv-00486-JRG-RSP |
| AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, *and* AT&T SERVICES INC.,  | § § § § | (Lead Case) |
| *Defendants*. | § § | |

## ORDER

Pursuant to the Court's Order, at Dkt. No. 855, the Parties submitted a Joint Notice regarding any election to waive separate trials under 35 U.S.C. § 299(c). Dkt. No. 856. Defendants and Intervenors waived their statutory right under § 299 and consented to one consolidated trial of the pending claims in the six consolidated cases in Case No. 2:23-cv-486. *Id.* at 1. Accordingly, it is hereby

**ORDERED** that the trial in this matter is specially set to begin on Friday, **August 14, 2026, at 8:30 a.m**. before Judge Rodney Gilstrap in Marshall, Texas. The Parties are advised to prepare for trial to continue into a second week.

It is **FURTHER ORDERED** that a pretrial conference is set for this matter on July 17, 2026, at 9:00 a.m. before Magistrate Judge Roy S. Payne in Marshall, Texas.

It is **FURTHER ORDERED** that the Parties file the amended joint pretrial order, their amended individual witness lists, their amended individual and joint exhibit lists, as well as the final notice of elected claims and invalidity theories, by no later than July 10, 2026, at 12:00 p.m. The amended order and lists must be formed from the existing ones—

the Parties may narrow the issues, witnesses, and exhibits for trial, but cannot expand now. The Parties are further directed to email an exhibit dispute list, organized in buckets, to tariq_ausaf@txed.uscourts.gov no later than July 15, 2026, at 12:00 p.m. The Court shall take up these matters, along with any others that require resolving before trial, at the pretrial conference.

It is **FURTHER ORDERED** that the Parties file a first notice of election of asserted claims and invalidity theories no later than June 10, 2026.

**SIGNED this 11th day of May, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE