# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ASUS TECHNOLOGY LICENSING  
*and* CELERITY IP, LLC,

    *Plaintiffs*,

v.

AT&T CORP., AT&T MOBILITY  
LLC, AT&T MOBILITY II LLC, *and*  
AT&T SERVICES INC.,

    *Defendants*.

§§§§§§§§§§§§

CASE NO. 2:23-CV-00486-JRG-RSP  
(Lead Case)

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Permit Innovative Sonic Representative to Attend Mediation Remotely. **Dkt. No. 860**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that ISL's representative, Yu-Ching Wang, has leave to attend the mediation remotely from Taiwan.

    **SIGNED this 2nd day of June, 2026.**

_____  
ROY S. PAYNE  
UNITED STATES MAGISTRATE JUDGE