IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC. et al, | § § § | |
|     *Plaintiffs* | § § | |
| v. | § § | CASE NO. 2:23-cv-00486-JRG-RSP |
|  AT&T INC. et al, | § § | |
|     *Defendants* | § | |

### REPORT OF MEDIATION

The above-captioned case was mediated in person by the undersigned in consecutive sessions on Wednesday, June 10, 2026, and Thursday, June 11, 2026, between the parties to this litigation. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 13ᵗʰ day of June 2026
.

/ s /  David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 13, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/ s /  David Folsom
David Folsom