**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ASUS TECHNOLOGY LICENSING INC. AND CELERITY IP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., <br> AT&T MOBILITY LLC, <br> AT&T MOBILITY II LLC, AND <br> AT&T SERVICES, INC., <br><br> Defendants. <br><br> ERICSSON INC., <br> NOKIA CORPORATION OF AMERICA, <br><br> Intervenors. | Civil Action No. 2:23-cv-486 <br> LEAD CASE <br><br> **JURY TRIAL** |

**PLAINTIFFS' FINAL NOTICE OF ELECTED CLAIMS**

Pursuant to the Court's order (Dkt. 857), Plaintiffs ASUS Technology Licensing Inc., Innovative Sonic Limited, and Celerity IP, LLC hereby submit the following final notice of elected claims for the trial scheduled to begin August 14, 2026:

| Patent | Claims |
|---|---|
| U.S. Patent No. 10,148,402 | No claims |
| U.S. Patent No. 10,798,754 | 1, 3 |
| U.S. Patent No. 10,887,868 | No claims |
| U.S. Patent No. 10,951,359 | 1, 9, 12, 19, 22 |
| U.S. Patent No. 9,237,489 | No claims |
| U.S. Patent No. 9,560,559 | 1, 2, 7, 8 |
| U.S. Patent No. 9,736,883 | 1, 2, 4 |
| U.S. Patent No. 7,664,059 | No claims |

- 1 -

DATED:  July 10, 2026.

Respectfully submitted,

/s/   *Robert C. Bunt*
Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel:  (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(*pro hac vice*)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(*pro hac vice*)
rcarson@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice*)
trowles@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel:  (310) 277-1010

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & McGRAW, LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR PLAINTIFFS ASUS
TECHNOLOGY LICENSING INC.,
INNOVATIVE SONIC LIMITED, AND
CELERITY IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on July 10, 2026.

/s/   *Robert C. Bunt*
Robert C. Bunt