# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICESNING INC. *and* CELERITY IP, LLC, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00486-JRG-RSP |
| AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, *and* AT&T SERVICES INC., | § § § § | (Lead Case) |
| *Defendants*. | § § | |

## ORDER

The Court hereby **ORDERS** a hearing on August 3, 2026, at 9:00 A.M. in Marshall, Texas, before the undersigned. The Parties are **DIRECTED** to be prepared to address all pending motions to strike or *Daubert* motions. If other motions are to be argued, they will be noticed.

**SIGNED this 15th day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE