**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

ASUS TECHNOLOGY LICENSING INC. AND
CELERITY IP, LLC,

                    Plaintiffs,

        v.

AT&T CORP.,
AT&T MOBILITY LLC,
AT&T MOBILITY II LLC, AND
AT&T SERVICES, INC.,

                    Defendants.

ERICSSON INC.,
NOKIA CORPORATION OF AMERICA,

                    Intervenors.

Civil Action No. 2:23-cv-486
LEAD CASE

**JURY TRIAL**

**PLAINTIFFS' ADDITIONAL NOTICE OF ELECTION OF ASSERTED CLAIMS**

Pursuant to the Court's order (Dkt. 872), Plaintiffs ASUS Technology Licensing Inc., Innovative Sonic Limited, and Celerity IP, LLC hereby submit the following additional notice of election of asserted claims for the trial scheduled to begin August 14, 2026:

| Patent | Claims |
|---|---|
| U.S. Patent No. 10,148,402 | No claims |
| U.S. Patent No. 10,798,754 | 1, 3 |
| U.S. Patent No. 10,887,868 | No claims |
| U.S. Patent No. 10,951,359 | 1, 9, 12, 19 |
| U.S. Patent No. 9,237,489 | No claims |
| U.S. Patent No. 9,560,559 | 1, 2, 7, 8 |
| U.S. Patent No. 9,736,883 | 1, 2, 4 |
| U.S. Patent No. 7,664,059 | no claims |

DATED:  August 2, 2026              Respectfully submitted,

- 1 -

/s/ *Jason Sheasby*
Robert C. Bunt
Texas State Bar No. 00787165
rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535

Jason Sheasby
California State Bar No. 205455
(*pro hac vice*)
jsheasby@irell.com
Rebecca Carson
California State Bar No. 254105
(*pro hac vice*)
rcarson@irell.com
Tony Rowles
California State Bar No. 301209
(*pro hac vice*)
trowles@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & McGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR PLAINTIFFS ASUS TECHNOLOGY LICENSING INC., INNOVATIVE SONIC LIMITED, AND CELERITY IP, LLC, AND ASUSTEK Computer INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via ECF on August 2, 2026.

/s/ *Robert Zhu*
Robert Zhu

- 2 -