**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASUS TECHNOLOGY LICENSING INC., *et al*,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**AT&T INC., *et al*,**<br><br>**Defendants,**<br><br>**ERICSSON INC., and NOKIA OF AMERICA CORPORATION,**<br><br>**Intervenors.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:23-cv-00486-JRG-RSP**<br>**(Lead Case)** |

---

**MINUTES FOR JURY TRIAL DAY NO. 7**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**August 24, 2026**

**OPEN: 07:55 AM** **ADJOURN: 03:54 PM**

ATTORNEYS FOR PLAINTIFFS: See attached

ATTORNEYS FOR DEFENDANTS: See attached

ATTORNEYS FOR INTERVENORS: See attached

LAW CLERKS: James Cowan
Rahul Gupta
Tariq Ausaf

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 07:55 AM | Court opened. |
| 07:55 AM | Exhibits used last Friday read into the record. |
| 07:56 AM | Court provided instructions and conducted formal charge conference. |
| 08:19 AM | Formal charge conference completed. |
| 08:19 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:36 AM | Without hearing argument, Court made rulings as set forth in the record re: Rule 50(a) motions. |
| 08:43 AM | Jury entered the courtroom. |
| 08:44 AM | Court proceeded to charge the Jury with final instructions. |
| 10:13 AM | Jury recessed for break. |
| 10:13 AM | Recess. |
| 10:26 AM | Court reconvened. |
| 10:26 AM | Jury returned to courtroom. |
| 10:27 AM | Plaintiffs' closing argument: Mr. Rowles. |
| 10:38 AM | Plaintiffs' additional closing argument: Mr. Sheasby. |
| 10:53 AM | Defendants'/Intervenors' closing argument: Mr. Dacus. |
| 11:42 AM | Bench conference. |
| 11:43 AM | Bench conference concluded. |
| 11:43 AM | Plaintiffs' final closing argument: Mr. Sheasby. |
| 12:04 PM | Closing arguments concluded. |
| 12:04 PM | Court gave final instructions to the Jury. |
| 12:09 PM | Jury retired to jury room to deliberate. |
| 12:10 PM | Court recessed. |
| 01:08 PM | Court reconvened. |
| 01:08 PM | Court informed counsel of a Jury note received by the Court. |
| 01:09 PM | Discussion with counsel. |
| 01:11 PM | Court instructed CSO to hand-deliver response to Jury. |
| 01:11 PM | Recess. |
| 01:51 PM | Court reconvened. |
| 01:51 PM | Court informed counsel of a Jury note received by the Court. |
| 01:52 PM | Discussion with counsel. |
| 01:54 PM | Off the record. |
| 01:57 PM | On the record. |
| 02:00 PM | Court instructed CSO to hand-deliver response to Jury. |
| 02:00 PM | Recess. |
| 03:52 PM | Court reconvened. |
| 03:52 PM | Court informed counsel of a Jury note received by the Court. |
| 03:53 PM | Discussion with counsel. |
| 03:54 PM | Court instructed CSO to hand-deliver response to Jury. |
| 03:54 PM | Recess. |
| 05:33 PM | *NOTE: Jury to return tomorrow at 8:30 AM to resume deliberations. |