**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASUS TECHNOLOGY LICENSING INC., *et al*,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**AT&T INC., *et al*,**<br><br>**Defendants,**<br><br>**ERICSSON INC., and NOKIA OF AMERICA CORPORATION,**<br><br>**Intervenors.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:23-cv-00486-JRG-RSP**<br>**(Lead Case)** |

---

**MINUTES FOR JURY TRIAL DAY NO. 8**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**August 25, 2026**

**OPEN: 11:13 AM** **ADJOURN: 11:16 AM**

ATTORNEYS FOR PLAINTIFFS: See attached

ATTORNEYS FOR DEFENDANTS: See attached

ATTORNEYS FOR INTERVENORS: See attached

LAW CLERKS: James Cowan
Rahul Gupta
Tariq Ausaf

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 11:13 AM | Court reconvened. |
| 11:14 AM | Jury entered the courtroom. |
| 11:14 AM | Court to suspend jury deliberations for the remainder of the day. |
| 11:16 AM | Jury recessed to return tomorrow at 8:30 AM to resume deliberations. |
| 11:16 AM | Court adjourned. |