**2:23-cv-00486-JRG-RSP (Lead Case and Members 2:23-cv-487_488_489_490_491)**
**ASUS Technology Licensing Inc *et al* v AT&T Inc *et al***
**August 25, 2026 at 8:30 AM**

# Trial -- Day 8

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | Plaintiffs |
| Chris Bunt | " " |
| Rebecca Carson | " " |
| Tony Rowles | " " |
| Jordan Nafekh | " " |
| Deron Dacus | Defendants/Intervenors |
| Nicholas Mathews | " " |
| Arden Seavers | " " |
| Christian Hurt | " " |
| Erik Fountain | " " |
| Warren Lipschitz | " " |
| Rayiner Hashem | " " |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Chad Hilyard | Celerity |
| Hans Chang | ASUS Tech and Innovative Sonic |
| Max Caldwell | T-Mobile |
| Neer Gupta | Verizon |
| Brian Daly | AT&T |
| Antii Toskala | Nokia |
| Fredrik Gunnarsson | Ericsson |