**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC., *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00486-JRG-RSP |
| | § | |
| AT&T MOBILITY LLC, *et al.*, | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON INC., and NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Intervenors*. | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**ATL**" refers to ASUS Technology Licensing Inc.
- "**ISL**" refers to Innovative Sonic Limited.
- "**Celerity**" refers to Celerity IP, LLC.
- "**Plaintiffs**" refers collectively to ASUS Technology Licensing Inc., Innovative Sonic Limited, and Celerity IP, LLC.
- "**ASUS**" refers to ASUSTeK Computer Inc.
- "**AT&T**" refers collectively to AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc.
- "**T-Mobile**" refers to T-Mobile USA, Inc.
- "**Verizon**" refers to Cellco Partnership d/b/a Verizon Wireless.
- "**Defendants**" refers collectively to AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc.; T-Mobile USA, Inc.; and Cellco Partnership d/b/a Verizon Wireless.
- "**Ericsson**" refers to Ericsson, Inc.
- "**Nokia**" refers to Nokia of America Corporation.
- "**Intervenors**" refers to Ericsson, Inc. and Nokia of America Corporation.
- The "**'754 Patent**" refers to U.S. Patent No. 10,798,754.
- The "**'359 Patent**" refers to U.S. Patent No. 10,951,359.
- The "**'559 Patent**" refers to U.S. Patent No. 9,560,559.
- The "**Asserted Patents**" refers collectively to the '754 Patent, the '359 Patent, and the '559 Patent.
- The "**Asserted Claims**" refers collectively to Claims 1 and 3 of the '754 Patent; Claims 1, 9, and 12 of the '359 Patent; and Claims 1, 2, 7, and 8 of the '559 Patent.
- The "**Celerity Asserted Patents**" refers collectively to the '754 Patent, the '359 Patent, and the '559 Patent.
- The "**ATL Asserted Patents**" refers collectively to the '754 Patent and the '359 Patent.
- The "**ISL Asserted Patent**" refers collectively to the '559 Patent.
- "**FRAND**" refers to Fair, Reasonable, And Non-Discriminatory.

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.</u>**

**<u>READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>**

**QUESTION NO. 1A:**

Did Plaintiffs prove, by a preponderance of the evidence, that **AT&T** has **infringed** the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'754 Patent**

Claim 1: Yes: ________ No: ✓

Claim 3: Yes: ________ No: ✓

**'359 Patent**

Claim 1: Yes: ________ No: ✓

Claim 9: Yes: ________ No: ✓

Claim 12: Yes: ________ No: ✓

**'559 Patent**

Claim 1: Yes: ________ No: ✓

Claim 2: Yes: ________ No: ✓

Claim 7: Yes: ________ No: ✓

Claim 8: Yes: ________ No: ✓

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 1B:**

Did Plaintiffs prove, by a preponderance of the evidence, that **Verizon** has **infringed** the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'754 Patent**

Claim 1: Yes: ________ No: ✓

Claim 3: Yes: ________ No: ✓

**'359 Patent**

Claim 1: Yes: ________ No: ✓

Claim 9: Yes: ________ No: ✓

Claim 12: Yes: ________ No: ✓

**'559 Patent**

Claim 1: Yes: ________ No: ✓

Claim 2: Yes: ________ No: ✓

Claim 7: Yes: ________ No: ✓

Claim 8: Yes: ________ No: ✓

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 1C:**

Did Plaintiffs prove, by a preponderance of the evidence, that **T-Mobile** has **infringed** the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'754 Patent**

Claim 1: Yes: ________ No: ✓

Claim 3: Yes: ________ No: ✓

**'359 Patent**

Claim 1: Yes: ________ No: ✓

Claim 9: Yes: ________ No: ✓

Claim 12: Yes: ________ No: ✓

**'559 Patent**

Claim 1: Yes: ________ No: ✓

Claim 2: Yes: ________ No: ✓

Claim 7: Yes: ________ No: ✓

Claim 8: Yes: ________ No: ✓

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 2:**

Did Defendants prove, by clear and convincing evidence, that the Asserted Claims of the following patents are **invalid**?

Answer "Yes" or "No" for each Asserted Claim listed below.

**'754 Patent**

Claim 1: Yes: ✓ No: ____

Claim 3: Yes: ✓ No: ____

**'359 Patent**

Claim 1: Yes: ✓ No: ____

Claim 9: Yes: ✓ No: ____

Claim 12: Yes: ✓ No: ____

**'559 Patent**

Claim 1: Yes: ✓ No: ____

Claim 2: Yes: ✓ No: ____

Claim 7: Yes: ✓ No: ____

Claim 8: Yes: ✓ No: ____

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**ANSWER QUESTION NOS. 3 AND 4 FOR THE SPECIFIED DEFENDANT ONLY IF THE FOLLOWING ARE BOTH TRUE:**

**(1) YOU FOUND IN QUESTION NO. 1 THAT THE SPECIFIED DEFENDANT INFRINGED AT LEAST ONE CLAIM OF THE LISTED PATENTS; AND**

**(2) YOU DID NOT FIND THE SAME CLAIM(S) TO ALSO BE INVALID IN QUESTION NO. 2.**

**OTHERWISE, FOR THAT SPECIFIED DEFENDANT AND THAT LISTED PATENT, DO NOT PROVIDE AN ANSWER.**

**IN OTHER WORDS, DO NOT ANSWER QUESTION NOS. 3 AND 4 FOR A SPECIFIED DEFENDANT, AND PROCEED DIRECTLY TO QUESTION NO. 5 OF THE VERDICT FORM FOR THAT DEFENDANT, ONLY IF ONE OF THE FOLLOWING ARE TRUE:**

**(1) THAT DEFENDANT DOES NOT INFRINGE ANY CLAIM OF ANY LISTED PATENTS; OR**

**(2) FOR ALL CLAIMS YOU FOUND THAT THE DEFENDANT INFRINGED, YOU FOUND ALL SUCH CLAIMS TO ALSO BE INVALID.**

**QUESTION NO. 3A:**

**Part 1**

What sum of money, if paid now in cash, do you find that Plaintiffs have proven by a preponderance of the evidence would fairly compensate Plaintiffs for **AT&T's** infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Patent, pursuant to the instructions on the preceding page.

**'754 Patent** $______________________

**'359 Patent** $______________________

**'559 Patent** $______________________

**Part 2**

Is the total amount of the reasonable royalty damages that you found above with respect to each patent a Running Royalty or a Lump Sum Royalty?

A Running Royalty: __________ **OR** A Lump Sum Royalty: __________

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 3B:**

**Part 1**

What sum of money, if paid now in cash do you find that Plaintiffs have proven, by a preponderance of the evidence would fairly compensate Plaintiffs for **Verizon's** infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Patent, pursuant to the instructions on the preceding page.

**'754 Patent** $________________________________

**'359 Patent** $________________________________

**'559 Patent** $________________________________

**Part 2**

Is the total amount of the reasonable royalty damages that you found above with respect to each patent a Running Royalty or a Lump Sum Royalty?

A Running Royalty: __________ **OR** A Lump Sum Royalty: __________

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 3C:**

What sum of money, if paid now in cash, do you find that Plaintiffs have proven by a preponderance of the evidence would fairly compensate Plaintiffs for **T-Mobile's** infringement which you have found?

Answer in United States Dollars and Cents for each Asserted Patent, pursuant to the instructions on the preceding page.

**'754 Patent** $________________________________

**'359 Patent** $________________________________

**'559 Patent** $________________________________

**Part 2**

Is the total amount of the reasonable royalty damages that you found above with respect to each patent a Running Royalty or a Lump Sum Royalty?

A Running Royalty: __________ **OR** A Lump Sum Royalty: __________

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**ANSWER QUESTION NO. 4 FOR A SPECIFIED DEFENDANT ONLY IF YOU ANSWERED QUESTION NO. 3 FOR THAT SAME DEFENDANT.**

**FOR ANY DEFENDANT(S) YOU HAVE NOT PROVIDED AN ANSWER FOR IN QUESTION NO. 3, DO NOT PROVIDE A RESPONSE TO QUESTION NO. 4 AS TO THAT DEFENDANT AND IN THAT CASE PROCEED DIRECTLY TO QUESTION NO. 5.**

**QUESTION NO. 4A:**

Did Plaintiffs prove by a preponderance of the evidence that **AT&T's** infringement which you have found was **Willful**?

Yes: __________ **OR** No: __________

**QUESTION NO. 4B:**

Did Plaintiffs prove by a preponderance of the evidence that **Verizon's** infringement which you have found was **Willful**?

Yes: __________ **OR** No: __________

**QUESTION NO. 4C:**

Did Plaintiffs prove by a preponderance of the evidence that **T-Mobile's** infringement which you have found was **Willful**?

Yes: __________ **OR** No: __________

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**ANSWER QUESTION NOS. 5 AND 6 FOR ALL LISTED PARTIES, REGARDLESS OF WHETHER OR NOT YOU ANSWERED QUESTION NOS. 3 AND 4.**

**QUESTION NO. 5:**

Did <u>**Celerity**</u> prove, by a preponderance of the evidence, that any of the following listed parties breached its duty to negotiate with <u>**Celerity**</u> in good faith for a license to <u>**Celerity's**</u> asserted patents on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| AT&T | | | ✓ |
| Verizon | | | ✓ |
| T-Mobile | | | ✓ |
| Ericsson | | | ✓ |
| Nokia | | | ✓ |

Did <u>**ATL**</u> prove, by a preponderance of the evidence, that any of the following listed parties breached its duty to negotiate with <u>**ATL**</u> in good faith for a license to <u>**ATL's**</u> asserted patents on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| AT&T | | | ✓ |
| Verizon | | | ✓ |
| T-Mobile | | | ✓ |
| Ericsson | | | ✓ |
| Nokia | | | ✓ |

Did <u>**ISL**</u> prove, by a preponderance of the evidence, that any of the following listed parties breached its duty to negotiate with <u>**ISL**</u> in good faith for a license to <u>**ISL's**</u> asserted patents on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| AT&T | | | ✓ |
| Verizon | | | ✓ |
| T-Mobile | | | ✓ |
| Ericsson | | | ✓ |
| Nokia | | | ✓ |

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 5 (CONTINUED FROM PREVIOUS PAGE):**

Did **ASUS** prove, by a preponderance of the evidence, that any of the following listed parties breached its duty to negotiate with **ASUS** in good faith for a license on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| **Ericsson** | | | ✓ |
| **Nokia** | | | ✓ |

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 6:**

Did **AT&T** prove, by a preponderance of the evidence, that any of the following listed parties breached its contractual obligation to offer **AT&T** a license covering any asserted patent on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| **Celerity** | ✓ | | |
| **ATL** | ✓ | | |
| **ISL** | ✓ | | |
| **ASUS** | ✓ | | |

Did **Verizon** prove, by a preponderance of the evidence, that any of the following listed parties breached its contractual obligation to offer **Verizon** a license covering any asserted patent on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| **Celerity** | ✓ | | |
| **ATL** | ✓ | | |
| **ISL** | ✓ | | |
| **ASUS** | ✓ | | |

Did **T-Mobile** prove, by a preponderance of the evidence, that any of the following listed parties breached its contractual obligation to offer **T-Mobile** a license covering any asserted patent on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| **Celerity** | ✓ | | |
| **ATL** | ✓ | | |
| **ISL** | ✓ | | |
| **ASUS** | ✓ | | |

**PROCEED TO THE NEXT PAGE OF THE VERDICT FORM.**

**QUESTION NO. 6 (CONTINUED FROM PREVIOUS PAGE):**

Did **Ericsson** prove, by a preponderance of the evidence, that any of the following listed parties breached its contractual obligation to offer **Ericsson** a license covering any asserted patent on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| Celerity | ✓ | | |
| ATL | ✓ | | |
| ISL | ✓ | | |
| ASUS | ✓ | | |

Did **Nokia** prove, by a preponderance of the evidence, that any of the following listed parties breached its contractual obligation to offer **Nokia** a license covering any asserted patent on **FRAND** terms? Answer "Yes" or "No" for each party in the chart.

| Party | Yes | OR | No |
|---|---|---|---|
| Celerity | ✓ | | |
| ATL | ✓ | | |
| ISL | ✓ | | |
| ASUS | ✓ | | |

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 26th day of August, 2026.

____________________________

**Jury Foreperson**