**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ASUS TECHNOLOGY LICENSING INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br><br>*Defendants*,<br><br>ERICSSON INC., and NOKIA OF AMERICA CORPORATION,<br><br>*Intervenors*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-CV-00486-JRG-RSP<br>(LEAD CASE) |

**<u>JUDGMENT</u>**

A jury trial in the above-captioned consolidated case commenced on August 14, 2026. On August 26, 2026, the Jury reached and returned its unanimous verdict. (Dkt. No. 1109 at 19). The Jury found that Defendants AT&T Enterprises LLC, AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services Inc., T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") have not infringed the asserted claims of the following patents: U.S. Patent No. 10,798,754; U.S. Patent No. 10,951,359; and U.S. Patent No. 9,560,559 (collectively, the "Asserted Patents"). (*Id*. at 4-6). The Jury found that the asserted claims of the Asserted Patents are invalid. (*Id.* at 7). The Jury found that Intervenors Ericsson Inc. and Nokia of America Corporation ("Intervenors") and Defendants have not breached their duty to negotiate in good faith for a license to the Asserted Patents on FRAND terms. (*Id.* at 15-16). The Jury found that Plaintiffs ASUS Technology Licensing Inc., Celerity IP, LLC, and Innovative Sonic Limited ("Plaintiffs"), and Counterclaim-Defendant ASUSTek Computer Inc. ("ASUSTeK"), have

breached their contractual obligation to offer Defendants and Intervenors a license to the Asserted Patents on FRAND terms. (*Id.* at 17-18).

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants have not infringed the asserted claims of the Asserted Patents;
2. The asserted claims of the Asserted Patents are invalid;
3. Defendants and Intervenors have not breached their duty to negotiate in good faith for a license to the Asserted Patents on FRAND terms;
4. Plaintiffs and ASUSTeK have breached their contractual obligation to offer Defendants and Intervenors a license to the Asserted Patents on FRAND terms;
5. Plaintiffs shall take nothing against Defendants; and
6. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants are the prevailing party in this case and shall recover its costs from Plaintiffs. Accordingly, Defendants are directed to file their Bill of Costs.

All other requests for relief now pending by and between Plaintiffs, ASUSTeK, Defendants, and Intervenors which are not specifically addressed herein are **DENIED AS MOOT**. The Clerk of Court is **ORDERED** to **CLOSE** the above-captioned case and all member cases consolidated therewith.

**So ORDERED and SIGNED this 26th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE